AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

NOV 06 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| MALDONADO-Velazco, Justino | ) |
| aka MALDONADO-Velazco, Justiniano; | ) |
| SANTIAGO-Santiago, Luis; SANCHEZ, Carlos; | ) |
| HERNANDEZ, Sergio Lopez; MARTINEZ, Javier | ) |
| | ) |

Case No.    **1 8 MJ 0 0 1 9 0   SAB**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 22, 2018_____ in the county of _____Madera_____ in the

_____Eastern_____ District of _____California_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) and (b)(2). | Deported Alien Found in the United States Subsequent to an Aggravated Felony Conviction. |
| | PENALTIES:<br>20 years max imprisonment;<br>$250,000 fine;<br>3 years supervised release;<br>$100 special assessment |

This criminal complaint is based on these facts:

The defendant was found in Madera County, on or about October 22, 2018, and the defendant's immigration file reflects that he had been previously removed from the United States on or about May 23, 2017; that he had been previously convicted for an aggravated felony, specifically Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), on or about May 11, 2015, in the United States District Court for the District of Arizona; and that there is no indication that the defendant has received the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Brandon J. Boyd, Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/6/2018__

_____
*Judge's signature*

City and state: _____Fresno, California_____

Stanley A. Boone, U.S. Magistrate Judge
_____
*Printed name and title*