ORIGINAL
FILED

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

Eastern District of California

NOV 21 2018


CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

JUSTINO MALDONADO-VELAZCO

_____
*Defendant*

)
)
)     Case No.   1:18-CR-00251-DAD-BAM
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JUSTINO MALDONADO-VELAZCO                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1326(a) and (b)(2) - Deported Alien Found in the United States

Date:    11/15/2018

_____
*Issuing officer's signature*

City and state:    Fresno, California

A. Jessen, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  11-15-18  , and the person was arrested on *(date)*  11-20-18 at *(city and state)*  Fresno CA . |
| Date:  11-20-18                ICE Arrest   _____   *Arresting officer's signature*   _____ usms   *Printed name and title* |